**JS6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIMOTHY LOVETT,<br><br>        Plaintiff,<br><br>vs.<br><br>FCA US LLC, a limited liability company, and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO.: 2:19-cv-03888-RSWL-(SKx)<br><br>Assigned to Hon. Ronald S. W. Lew<br><br>**ORDER ON STIPULATION TO DISMISS**<br><br>Trial:        August 4, 2020 |

**ORDER**

Pursuant to the Parties' Stipulation to Dismiss, this matter is hereby dismissed with prejudice.

Each side to be responsible for and bear their own costs, expenses, and attorney's fees.

Dated: 6/3/2020

s/ RONALD S.W. LEW
Hon. Ronald S. W. Lew
U.S. District Judge